DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIMITRIOS LASKARIS,**
Appellant,

v.

**CRAIG HOPSON,**
Appellee.

No. 4D18-2538

[August 8, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 13-013355.

John Phillips, Fort Lauderdale, for appellant.

Clifford A. Wolff of Wolff Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***